**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 95-60438

TWILA J. VASSAR,

Plaintiff-Appellant,

versus

BAXTER HEALTHCARE CORPORATION,

Defendants-Appellee.

Appeal from the United States District Court
For the Northern District of Mississippi
(4:93CV97-B-O)

February 14, 1996

Before WIENER, PARKER and DENNIS, Circuit Judges:

PER CURIAM[*]:

Plaintiff-Appellant Twila J. Vassar appeals the district court's grant of summary judgment in favor of Defendant-Appellee Baxter Healthcare Corp. (Baxter) based on a determination that, inter alia, Vassar had no employment contract with Baxter, and thus she was an at-will employee. We have reviewed de novo the facts of this case in light of the legal arguments proffered in the briefs

---

[*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

by able counsel for the parties. Additionally, we have considered the exhaustive study of Mississippi's at-will employment law set forth in the district court's opinion together with its well-reasoned legal analysis and conclusions, and are satisfied from our review that the district court's grant of summary judgment dismissing Vassar's action should be, and therefore, in every respect, is

AFFIRMED.